UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARDELL HAYES,

          Plaintiff,          No. 12-CV-12323

vs.          Hon. Gerald E. Rosen

SAGINAW COUNTY JAIL, et al.,

          Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____

PRESENT:   Honorable Gerald E. Rosen
                      United States District Chief Judge

This matter having come before the Court on the December 17, 2012 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendant's Motion for Summary Judgment, deny Plaintiff's Motion to Stay and Amend, and dismiss Plaintiff's Complaint, in its entirety; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of December 17, 2012 **[Dkt. # 15]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment **[Dkt. # 11]** is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay and Amend **[Dkt. # 13]** is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED, in its entirety, with prejudice.

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated: January 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2013, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager