UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARDELL HAYES,

                Plaintiff,                No. 12-CV-12323

vs.                                      Hon. Gerald E. Rosen

SAGINAW COUNTY JAIL, et al.,

                Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order adopting the Magistrate Judge's Report and Recommendation, granting Defendant's Motion for Summary Judgment, and denying Plaintiff's Motion to Amend and Stay,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be, and hereby is, DISMISSED, in its entirety, WITH PREJUDICE.


Dated: January 11, 2013          s/Gerald E. Rosen
                                       Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2013, by electronic and/or ordinary mail.

                        s/Julie Owens
                        Case Manager